| AO 10 Rev. 1/2008 |
|---|

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Spiegel, S. Arthur | U.S. Districct Court, SDO, WD | 04/16/2009 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | **5a. Report Type** (check appropriate type) | **6. Reporting Period** |
| Senior Status | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2008 to 12/31/2008 |
| **7. Chambers or Office Address** | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.** | |
| 838 Potter Stewart United States Courthouse<br>100 East Fifth Street<br>Cincinnati, OH 45202 | Reviewing Officer________ Date______ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

RECEIVED
2009 APR 23 A 10: 54
DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spiegel, S. Arthur | 04/16/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spiegel, S. Arthur | 04/16/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spiegel, S. Arthur | 04/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. See Attached | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| S. Arthur Spiegel | |

| | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Amt Code (A-H) | Type (e.g. div., rent or int) | Value Code (J-P) | Value Method (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 **Brokerage Account # 1** | | | | | | | | | |
| 2 Anadarko Petroleum Corp (APC) | A | Div | K | T | | | | | |
| 3 Exxon Mobil Corp (XOM) | C | Div | N | T | | | | | |
| 4 Fifth Third Bancorp Ohio (FITB) | D | Div | L | T | | | | | |
| 5 Marathon Oil Corp (MRO) | B | Div | K | T | | | | | |
| 6 PNC Financial Services Group (PNC) | D | Div | M | T | | | | | |
| 7 Piper Jaffray Companies Inc (PJC) | | None | J | T | | | | | |
| 8 Procter & Gamble Co (PG) | D | Div | N | T | | | | | |
| 9 J M Smucker Company New (SJM) | A | Div | J | T | | | | | |
| 10 U.S. Bancor Delaware New (USB) | C | Div | L | T | | | | | |
| 11 Union Pacific Cor (UNP) | B | Div | L | T | | | | | |
| 12 United States Steel Cor (X) | A | Div | J | T | | | | | |
| 13 Eaton Vance Balanced Fund (EVIFX) | A | Div | J | T | | | | | |
| 14 Gateway Fund (GATEX) | B | Div | M | T | | | | | |
| 15 Victory Ohio Muni Bond Fund (SOHTX) | C | Div | M | T | | | | | |
| 16 Midfirst Bank OK US Rate 3.1% Fixed CD Matures 01/23/2009 | B | Int | L | T | Buy | 07/15/08 | L | | |
| 17 Bank North GA US Rate 3.7% Fixed CD Matures 07/17/2009 | B | Int | L | T | Buy | 07/15/08 | L | | |
| 18 Sterling Savings Bank WA US Rate 4.00% Fixed CD Matures 01/25/2010 | B | Int | L | T | Buy | 07/15/08 | | | |
| 19 RMA Tax Free Fund Inc | C | Div | L | T | | | | | |
| 20 **Brokerage Account # 2 - Trust** | E | Div & Int | P1 | T | | | | | |
| 21 - UBS RMA Money Market Portfolio (FKA Victory Ohio Municipal Money Market Fund) | | | | | | | | | |
| 22 - Automatic Data Processing (ADP) | | | | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| S. Arthur Spiegel | |

| | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code (A-H) | (2) Type (e.g. div., rent or int) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 23 - Exxon Mobil Corp (XOM) | | | | | Partial Sale | 01/02/08 | K | E | |
| 24 - JP Morgan Chase & Company (JPM) | | | | | | | | | |
| 25 - Pepsico Inc (PEP) | | | | | | | | | |
| 26 - Pfizer Inc (PFE)) | | | | | | | | | |
| 27 - Pitney Bowes Inc (PBI) | | | | | | | | | |
| 28 - Procter & Gamble Co (PG) | | | | | | | | | |
| 29 - 3M Co (MMM) | | | | | | | | | |
| 30 - U.S. Bancorp (USB) | | | | | | | | | |
| 31 - Berea Ohio 3.75% due 12/1/11 | | | | | | | | | |
| 32 - Butler County, Ohio 4.95% due 12/1/10 | | | | | | | | | |
| 33 - Cuyahoga County, Ohio 4.75% due 12/1/09 | | | | | | | | | |
| 34 - Eastern OH Regional Wastewater 4.25% due 12/1/10 | | | | | | | | | |
| 35 - Kings Local School District, OH 5.20% due 12/1/08 | | | | | Redemption | 12/01/08 | K | A | |
| 36 - Nordinia Hills, OH School District 4.7% due 12/1/09 | | | | | | | | | |
| 37 - Findlay Ohio 3% due 7/1/08 | | | | | Redemption | 07/01/08 | K | A | |
| 38 - Hamilton County, Ohio 3.125% due 12/01/12 | | | | | Buy | 08/18/08 | K | | |
| 39 - Ohio State 3.50% due 03/01/11 | | | | | Buy | 12/05/08 | K | | |
| 40 - Deerfield Twp, Ohio 4.00% due 12/01/13 | | | | | Buy | 10/22/08 | K | | |
| 41 **Brokerage Account # 3 – Trust** | B | Div | M | T | | | | | |
| 42 - Templeton Foreign Fund (TEFTX) | | | | | | | | | |
| 43 - Victory Established Value Fund (GETGX) | | | | | Partial Sale | 03/13/08<br>06/24/08<br>12/19/08 | J<br>J<br>J | A<br>A<br>A | |
| 44 - Victory Small Company Opportunity Fund (GOGFX) | | | | | Partial Sale<br>Partial Sale | 06/24/08<br>09/10/08 | J<br>J | A<br>A | |

| | reporting period | | C. Gross value at end of reporting period period | | Transactions period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt Code (A-H) | Type (e.g. div., rent or int) | Value Code (J-P) | Value Method (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: | (3) Value | (4) Gain | (5) Identity of buyer/seller transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| - Victory Diversified Stock Fund (GRINX) | | | | | Partial Sale<br>Partial Sale | 03/13/08<br>06/24/08 | J<br>J | A<br>A | |
| - Victory Government Reserves Fund | | | | | | | | | |
| **Brokerage Account # 4** | | | | | | | | | |
| 48 -Victory Established Value Fund (GETGX) | A | Div | L | T | Partial Sale<br>Partial Sale | 05/08/08<br>12/11/08 | K<br>J | A<br>A | |
| 49 -Victory Fund for Income (GGIFX) | B | Div | K | T | | | | | |
| 50 -UBS Ret Money Fund | A | Div | J | T | | | | | |
| 51 **Brokerage Account # 5 – Trust** | B | Div | L | T | | | | | |
| 52 - Victory Gradison Government Reserves | | | | | | | | | |
| 53 - Gateway Fund (GATEX) | | | | | | | | | |
| 54 - Harbor International Fund (HAINX) | | | | | | | | | |
| 55 - IShares S&P 500 Index Fund | | | | | | | | | |
| 56 - IShares Russell 1000 Value Index | | | | | Partial Sale | 04/16/08 | J | A | |
| 57 - IShares Russell 1000 Growth Index | | | | | Partial Sale | 07/08/08 | J | A | |
| 58 - Royce Total Return (RYTRX) | | | | | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Spiegel, S. Arthur | 04/16/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

**I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.**

**I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.**

**Signature**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544